289-15

CCA #    13-13-00080-CR

STYLE:   JESSE TIRADO LOPEZ v. THE STATE OF TEXAS

TRIAL COURT:            85th District Court
TRIAL COURT #:          12-01541-CRF-85
TRIAL COURT JUDGE:      Hon. Jimmy Don Langley
DISPOSITION: Affirmed
DATE:            02-12-15
JUSTICE:  Gregory T. Perkes _____  PC ___ S ____
PUBLISH: _____             DNP: __x_____

CLK RECORD:  1
RPT RECORD:  8
STATE BR:      1
APP BR:         1

OFFENSE:  Assault

COUNTY:   Brazos

_____ MOTION
FOR REHEARING IS: _____
DATE:
JUDGE: Gregory T. Perkes

SUPP CLK RECORD _____ 2
 SUPP RPT RECORD _____
 SUPP BR _____
 PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA #    289-15

----------------

_____APPELLANT'S Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED,
DATE: __06/17/2015__
JUDGE: ___Per Curiam___

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

----------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____
JUDGE: _____